UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lively, Andrew Albert | Docket No. | 0980 1:18CR02040-LRS-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Andrew Albert Lively, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 30th day of July 2018 under the following conditions:

Condition #6: Defendant shall report to the U.S. Probation/Pretrial Services office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

Condition #9: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Special Condition #6: Defendant shall submit to random urinalysis and/or breathalyzer tests as directed by the United States Probation/Pretrial Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Andrew Lively is alleged to have failed to report for mandatory urine testing a Merit Resource Services (Merit) on August 9, 2018.

Conditions of pretrial release were reviewed with Mr. Lively on July 31, 2018. Mr. Lively was placed on the Merit random color line testing program effective August 1, 2018. He was directed to call the color line Monday through Friday. Mr. Lively was assigned the color brown, which equates to three random urine tests per month. He acknowledged an understanding of the Merit color line program and his conditions of release which include special condition number 6.

On August 10, 2018, this officer received a failure to appear letter from Merit advising the defendant failed to show for random urine testing on August 9, 2018. This officer made contact with the defendant regarding the missed appointment. Per the defendant, he advised he started working this date and thought he called as directed.

Violation #2: Andrew Lively is alleged to have consumed a controlled substance, methamphetamine, on or about August 11, 2018.

Conditions of pretrial release were reviewed with Mr. Lively on July 31, 2018. He acknowledged an understanding of his conditions which included condition number 9.

On August 23, 2018, this officer received a call from Merit. The defendant's assigned chemical dependency provider (CDP) advised the defendant submitted a presumptive positive urine sample on August 13, 2018. The CDP advised they received the results confirming the sample was positive for methamphetamine. The CDP emailed a copy of the results to this officer, reflecting a positive sample for methamphetamine. The defendant admitted he consumed methamphetamine on or about August 11, 2018.

Re: Lively, Andrew Albert
August 31, 2018
Page 2

<u>Violation #3</u>: Andrew Lively is alleged to have failed to report and/or make contact with the probation office as directed on Friday August 24, 2018.

Conditions of pretrial release were reviewed with Mr. Lively on July 31, 2018. He acknowledged an understanding of his conditions which included condition number 6.

On August 23, 2018, this officer received a call from Merit. The defendant's assigned CDP advised he missed his scheduled individual session with her on August 20, 2018, and he missed a treatment group session as well as on August 21, 2018. The CDP stated the missed group and individual session were not excused. On this same date the defendant reported to the probation office as directed by this officer to address his positive urine results and missing his scheduled individual session and group session with Merit as stated above. After addressing the positive urine sample and missed groups, this officer requested the defendant submit a random urine sample. The defendant was unable to provide a sample. This officer directed the defendant to report back to the office on Friday, August 24, 2018, to submit a sample. Although the defendant stated he would have transportation and would report by 9 a.m., he failed to report as directed. On August 24, 2018, the defendant called this officer and left two voice messages stating his ride was unable to bring him to the office and he felt "dehydrated" and was going to go to the hospital prior to reporting. This officer and United States Probation Officer (USPO) Casey attempted to call and text the defendant all day regarding not reporting, he did not return any calls or text messages.

On Monday, August 27, 2018, this officer finally made contact with the defendant after conducting a random home visit. The defendant did not answer the door, however, called this officer later in the morning and advised he received the business card this officer had left on his door instructing him to report. The defendant advised he was in the hospital all day Friday, August 24, 2018. This officer directed him to report to the office after his appointment with Merit this date and bring medical paperwork with him. The defendant reported to this officer as directed, however, he did not provide medical paperwork as requested. The defendant stated he left the paperwork in his friend's vehicle and he could bring it to the office on Tuesday, August 28, 2018. This officer directed the defendant to report Tuesday, August 28th, with the medical paperwork and be ready to provide a random urine sample.

<u>Violation #4</u>: Andrew Lively is alleged to have failed to report and/or make contact with the probation office as directed on August 28, 2018.

Conditions of pretrial release were reviewed with Mr. Lively on July 31, 2018. He acknowledged an understanding of his conditions which included condition number 6.

On August 27, 2018, the defendant reported to the probation office after multiple attempts to contact him beginning Friday, August 24, 2018, via telephone, including an attempted home visit this same date in the morning. Later on in the morning, the defendant contacted this officer. This officer directed the defendant to report to the office. Prior to the defendant reporting, this officer asked him to bring verification regarding his reported hospital stay on August 24, 2018, resulting in the failure to report to the probation office noted above on August 24, 2018. When the defendant reported, he did not have the medical paperwork with him. He advised he left the paperwork in his friend's vehicle, but he would report tomorrow, August 28, 2018, with the paperwork. The defendant stated he would report to the office after attending an Alcoholic's Anonymous meeting around 9:30 a.m. The defendant failed to report on August 28, 2018. The defendant also did not call or respond to any text messages this officer sent him requesting a response.

On Wednesday, August 29, 2018, this officer again attempted to make contact with the defendant via a test message advising a violation report would be submitted to the Court regarding the above. The defendant responded to the text message and stated he "called this officer and left a message yesterday (August 28, 2018) stating his friend whom gave him a ride to the hospital works Monday through Thursday 11-hour shifts in Ellensburg and did not return home Monday night or last night." The defendant further stated he went to Memorial Hospital, but they could not give him a copy of his discharge paperwork and the best they could do was mail it to him in 3 to 5 business days. This officer informed the defendant the undersigned was in the probation office all day on August 28, 2018, and did not receive a message from the defendant.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   August 31, 2018

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer
8/31/2018

Date