PROB 12C
(6/16)

Report Date: March 17, 2022

# United States District Court

## for the

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

## Mar 22, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Albert Lively          Case Number: 0980 1:18CR02040-SAB-1

Address of Offender:                    Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 9, 2019

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: November 28, 2025 |

## PETITIONING THE COURT

**To issue a SUMMONS.**

On November 29, 2021, Mr. Andrew Albert Lively signed his conditions relative to case number 1:18CR02040-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Lively is alleged to have violated mandatory condition number 1 by being arrested on March 16, 2022, for Second Degree Theft, in violation of R.C.W. 9A.56.040, a Class C felony.

Specifically, on March 16, 2022, at 2:27 p.m., the undersigned officer received a call from the client who indicated that he was not doing so well and that he had "taken some things back" at work that he should not have. Mr. Lively is currently employed at Advanced Auto Parts in Spokane. Mr. Lively indicated that the employer had suspended him for 2 weeks and had contacted law enforcement. Mr. Lively indicated that law enforcement was currently on their way and he was unsure as to what action they would take, but he simply wanted to advise this officer.

The undersigned officer subsequently received an automated law enforcement notification

Prob12C
**Re: Lively, Andrew Albert**
**March 17, 2022**
**Page 2**

from local law enforcement and then from the Spokane County Jail indicating that the client's name had been run by the agencies, following which this officer was able to verify that the client had in fact been arrested and booked into the Spokane County Jail for second degree theft.

On March 17, 2022, the undersigned officer received the police reports specific to Mr. Lively's arrest. According to the reports received, on March 16, 2022, at approximately 2:31 p.m., law enforcement responded to a call of possible fraud / theft at the Advanced Auto Parts store where the client is employed. According to the complainant and asset protection officer, the client, a store employee, had stolen around $4,400 in fraudulent funds and had ultimately admitted to the theft.

Law enforcement subsequently arrived on scene and spoke with the asset protection officer and complainant referenced. The party indicated that occurring over the last couple of months the client had been taking items from the store that had never been purchased, scanning them as returned items, and then forwarding the returned funds to his own personal account. In this manner, the party alleged that the client had stolen $4,429.11, from over 21 fraudulent returns. The party then provided the responding officer with a list of the fraudulent returns, receipts for the items, and a personal written statement from the client himself.

The responding officer then contacted the client who admitted taking items from the store that had never been purchased, processing them as returns, and then sending the funds to his debit card. The client indicated he had done so because his father was in the hospital in Arizona, and that his mother needed help. The documentation provided supported the first fraudulent return as having occurred on December 29, 2021, with the last return occurring on March 15, 2022, for a total of 21 returns. The client's written statement confirmed the information reported by the asset protection officer and appeared to be signed by both the client and the store manager.

The report concludes that based on the facts present, probable cause existed to arrest the client for second degree theft. The client was subsequently arrested by the officer and booked into the Spokane County Jail on the day in question.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 17, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Lively, Andrew Albert**
**March 17, 2022**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[ X ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

_____3/22/2022_____
Date